

November 28, 2022

**By ECF**
Hon. Jesse M. Furman, U.S.D.J.
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:   **Mathew Connolly v. Deutsche Bank AG, No. 22-CV-09811**

Dear Judge Furman:

We represent Plaintiff Matthew Connolly.  We have met and conferred with counsel for Defendant Deutsche Bank AG, Jonathan Youngwood of Simpson Thacher & Bartlett LLP, who has agreed to accept service of process.  The Parties jointly respectfully request the Court enter an initial briefing schedule with the following dates:

1. Defendant's Motion to Dismiss due January 13, 2023.
2. Plaintiff's opposition due February 17, 2023.
3. Defendant's reply due March 10, 2023.

In accordance with Your Honor's Individual Rules of Practice, we provide the following: (1) there is no existing briefing schedule except as set forth by the Federal Rules of Civil Procedure; (2) this is the Parties' first request for a briefing schedule; (3) the briefing schedule will allow the Parties to fully address complex issues in the litigation; and (4) the next scheduled appearance is for the Initial Pretrial Conference on February 14, 2023.

We appreciate the Court's consideration of and consent to the Parties' request.

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 11.  SO ORDERED.

November 28, 2022

Respectfully submitted,

/s/ David Wechsler

David Wechsler

cc:  Counsel for Defendant (via ECF)

DAVID WECHSLER    DWECHSLER@HS-LAW.COM

HS-LAW.COM    MAIN (212) 397-3370 | FAX (212) 202-6206 | 40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005