UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                                                  :

MATTHEW CONNOLLY,                            :

                                        Plaintiff,                :                    22-CV-9811 (JMF)

                                  -v-                                  :                    <u>ORDER</u>

DEUTSCHE BANK AG,                           :

                                       Defendant.             :
------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

       On January 13, 2023, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

       Accordingly, it is hereby ORDERED that, notwithstanding the briefing schedule adopted on November 28, 2022, ECF No. 12, Plaintiff shall file any amended complaint by February 6, 2023.  Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

       If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss.  If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendant files a new motion to dismiss, any opposition shall be filed within four weeks, and any reply shall be filed within three weeks of any opposition.

       If no amended complaint is filed, the existing briefing schedule shall remain in effect, pursuant to which Plaintiff shall file any opposition to the motion to dismiss by **February 17, 2023**, and Defendant shall file any reply by **March 10, 2023**.  *See* ECF No. 12.

       Finally, it is further ORDERED that the initial pretrial conference previously scheduled for February 14, 2023, is adjourned *sine die*.

       SO ORDERED.

Dated: January 17, 2023
       New York, New York
                                                               JESSE M. FURMAN
                                                 United States District Judge