UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MATTHEW CONNOLLY, :
:
Plaintiff, :
: 22-CV-9811 (JMF)
-v- :
: ORDER
DEUTSCHE BANK AG, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 6, 2023, Plaintiff filed an Amended Complaint, *see* ECF No. 23, as well as an attendant letter-motion seeking leave to redact the Amended Complaint, noting that "certain sections [of the Amended Complaint] quote or summarize grand jury testimony and exhibits in the criminal proceeding against Mr. Connolly" and explaining that "Judge Colleen McMahon ordered such grand jury information to be filed under seal." *See* ECF No. 22.

On February 7, 2023, the Court gave the Department of Justice (and any other interested party) an opportunity to be heard. *See* ECF No. 25. The Government now moves to intervene "for the limited purpose of protecting" its interest in "protecting the dissemination and use of documents — some of which are additionally shielded by grand jury secrecy — generated by its investigation and produced in the [criminal proceedings]," and argues that the Court should maintain the unredacted Amended Complaint under seal. ECF No. 28, at 3-6. The Government also asks the Court "to order Mr. Connolly and his civil counsel to sequester *all* documents — whether or not they are grand jury documents — subject to the protective order, and to refrain from using such documents, until the government has had an opportunity to raise the apparent

violation of the protective order with Judge McMahon." *Id.* at 1-2.

      The Government's motion to intervene is GRANTED.  Any response to the Government's motion to maintain the Amended Complaint under seal shall be filed by **February 24, 2023**.  Unless and until the undersigned or Judge McMahon orders otherwise, Plaintiff and his counsel shall sequester and refrain from using any materials subject to the protective order in the criminal case.  The Government should, in the meantime, promptly seek any appropriate relief from Judge McMahon.  The Clerk of Court is directed to terminate ECF No. 28.

      SO ORDERED.

Dated: February 15, 2023  
      New York, New York

                                            JESSE M. FURMAN  
                                            United States District Judge