UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                          :

MATTHEW CONNOLLY,                       :
                                          :

                    Plaintiff,       :

                                          :          22-CV-9811 (JMF)

        -v-                      :

                                          :             __ORDER__

DEUTSCHE BANK AG,                  :
                                          :

                    Defendant.     :
                                          :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of Judge McMahon's March 14, 2023 Order and the presumption of public access, *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006), the Court assumes that the Amended Complaint should be unsealed in its entirety. Any objection or request to maintain any redaction — by a party or the Government — shall be filed by **March 24, 2023**. Absent such objection or request, the Amended Complaint will be unsealed in its entirety without further notice.

        Additionally, the parties' proposed briefing schedule for the motion to dismiss is hereby adopted. Accordingly:

- Defendant shall file an answer, a new motion to dismiss, or a letter on ECF stating that it relies on the previously filed motion to dismiss by **April 3, 2023**.

- If Defendant files a new motion to dismiss, any opposition shall be filed within four weeks or no later than **May 1, 2023**.

- Any reply shall be filed within three weeks of the opposition or no later than **May 22, 2023**.

        SO ORDERED.

Dated: March 22, 2023
      New York, New York                _____
                                        JESSE M. FURMAN
                                        United States District Judge