UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MATTHEW CONNOLLY, :
:
Plaintiff, :
:  22-CV-9811 (JMF)
-v- :
:  ORDER
:
DEUTSCHE BANK AG, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 22, 2023, this Court explained that "[i]n light of Judge McMahon's March 14, 2023 Order and the presumption of public access, *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006), the Court assumes that the Amended Complaint should be unsealed in its entirety" and set a deadline of March 24, 2023 for any party or the Government to object or request to maintain any redaction.  *See* ECF No. 39.  No party has objected or made a request to maintain any redaction.

      Therefore, the Clerk of Court is directed to unseal (i.e., convert to public view) the entirety of the Amended Complaint and the attachment to that filing, *see* ECF No. 24.

      SO ORDERED.

Dated: March 27, 2023
      New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge