UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
MATTHEW CONNOLLY,                                    )
                                                     ) Case No.: 1:22-cv-09811-JMF
                      Plaintiff,     )
                                                     )
                      vs.            )
                                                     )
DEUTSCHE BANK AG,                                    )
                                                     )
                      Defendant.     )
------------------------------------------------------------------------x

## NOTICE OF DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of its Motion to Dismiss the Amended Complaint; the accompanying Declaration of Karen M. Porter, including all of the exhibits appended thereto; all records and papers on file in this action, and any evidence or oral argument offered at any hearing on this Motion, Defendant Deutsche Bank AG will and hereby does move this Court, before the Honorable Jesse M. Furman, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007 on a date and at a time to be designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Amended Complaint with prejudice.  Oral argument is requested on a date and at a time designated by the Court.

Dated: April 3, 2023

                            **SIMPSON THACHER & BARTLETT LLP**

                            By: */s/ Jonathan K. Youngwood*
                            Jonathan K. Youngwood (jyoungwood@stblaw.com)
                            Patrick K. Barry (patrick.barry@stblaw.com)
                            425 Lexington Avenue
                            New York, New York 10017
                            Telephone: (212) 455-2000
                            Facsimile: (212) 455-2502

Karen M. Porter (karen.porter@stblaw.com) (*pro hac vice*)
900 G Street, NW
Washington, D.C. 20001
Telephone: (202) 636-5500
Facsimile: (202) 636-5502

*Attorneys for Defendant Deutsche Bank AG*