UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                        :
MATTHEW CONNOLLY,                                       :
                                                        :
                                Plaintiff,              :              22-CV-9811 (JMF)
                                                        :
                -v-                                     :              ORDER
                                                        :
DEUTSCHE BANK AG,                                       :
                                                        :
                                Defendant.              :
                                                        :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

 In light of Defendant's new motion to dismiss, *see* Docket No. 31, Defendant's earlier motion to dismiss filed at Docket No. 18 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **May 1, 2023**. Defendant's reply, if any, is due by **May 22, 2023 or three weeks after the opposition, whichever is earlier**.

 The Clerk of Court is directed to terminate Docket No. 18.

 SO ORDERED.

Dated: April 4, 2023
  New York, New York
                 _____
                   JESSE M. FURMAN
                 United States District Judge