

Simpson Thacher & Bartlett LLP

January 12, 2024

**By CM/ECF**
Hon. Jesse M. Furman, U.S.D.J.
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:   **Matthew Connolly v. Deutsche Bank AG, No. 22-CV-09811-JMF**

Dear Judge Furman:

In accordance with Your Honor's Order dated December 7, 2023 (ECF No. 56) requiring the Parties to submit a joint letter on the status of discussions regarding mediation, counsel for plaintiff Matthew Connolly, Harris, St. Laurent & Wechsler LLP, together with counsel for the defendant, Deutsche Bank AG ("Deutsche Bank"), Simpson Thacher & Bartlett LLP, write jointly. The Parties have agreed to participate in mediation in an effort to resolve this case, together with a second alleged malicious prosecution action that was filed in New York State court by a former Deutsche Bank employee, *Black v. Deutsche Bank AG et al.*, Index No. 150762/2023. The Parties intend to exchange lists of proposed mediators next week and to promptly schedule a mediation. At this time, the Parties are not seeking to change any existing deadlines in this case.

We appreciate the Court's attention to this matter.

Respectfully submitted,

_____/s/_____                           _____/s/_____
Jonathan Harris                                       Jonathan K. Youngwood
Harris St. Laurent and Wechsler              Simpson Thacher & Bartlett LLP
Counsel for Plaintiff                                  Counsel for Defendant