UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MATTHEW CONNOLLY,  :
:
Plaintiff,  :
: 22-CV-9811 (JMF)
-v-  :
: ORDER
:
DEUTSCHE BANK AG,  :
:
Defendant.  :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The parties shall meet and confer in a further effort to reach agreement on a confidentiality stipulation.  No later than **Tuesday, May 14, 2024**, the parties shall file letters — hopefully a joint letter with an agreed-upon stipulation or, if disputes remain, separate letters **not to exceed three pages each** that narrow and identify discrete points of disagreement for the Court to resolve.

- The parties shall also meet and confer as to the three discovery disputes discussed during the conference.  In the event that the parties are unable to reach agreement on some or all of those issues, no later than **Tuesday, May 21, 2024**, Plaintiff shall file a letter motion for discovery; Defendant shall file its response no later than **Tuesday, May 28, 2024**.  No reply will be accepted absent prior leave being granted by the Court.  These submissions may be **up to three pages** *per issue raised*.

- Plaintiff may proceed with taking depositions prior to document discovery, with the understanding that (1) absent extraordinary circumstances, each witness may only be deposed one time; and (2) materials and information relevant to any deposition, including — at minimum — documents to be used or relied upon, must be disclosed reasonably in advance of such deposition.

SO ORDERED.

Dated: May 9, 2024
      New York, New York

                                               _____
                                                    JESSE M. FURMAN
                                                United States District Judge