

# Simpson Thacher & Bartlett LLP

June 3, 2024

**By CM/ECF**
Hon. Jesse M. Furman, U.S.D.J.
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

      **Re:**     **Matthew Connolly v. Deutsche Bank AG, No. 22-CV-09811-JMF**

Dear Judge Furman:

      Counsel for plaintiff Matthew Connolly ("Plaintiff") and defendant Deutsche Bank AG ("Defendant," and together with Plaintiff the "Parties") write jointly concerning Plaintiff's pending motion for discovery (Doc. No. 78). As discussed on this morning's call, the Parties have been in discussions about the issues raised in the motion and presently believe that the motion may prove to be unnecessary. For that reason, and given that Defendant's response to the motion is due today, the Parties jointly request that the motion be withdrawn without prejudice to renew. Plaintiff will inform the Court by no later than June 24, 2024, whether any issues remain or if the motion should be reinstated. In the event the motion is reinstated, Defendant's time to respond to the reinstated motion will be determined by the Court.

      We thank the Court for its consideration of this matter.

                Respectfully submitted,

_____/s/_____           _____/s/_____
Daniel Grossman                    Jonathan K. Youngwood
Harris St. Laurent and Wechsler, LLP    Karen Porter
Counsel for Plaintiff               Simpson Thacher & Bartlett LLP
                              Counsel for Defendant

      SO ORDERED. The Clerk of Court is directed to terminate ECF No. 78.

June 3, 2024