

July 2, 2024

**VIA ECF**
Hon. Jesse M. Furman, U.S.D.J.
United States District Court, Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Matthew Connolly v. Deutsche Bank AG*, No. 22-CV-09811-JMF

Dear Judge Furman:

    We represent Plaintiff Matthew Connolly and write to provide the Court with a status update on this matter pursuant to the Order dated June 25, 2024 (Doc. No. 85). As it appears that issues remain outstanding, Plaintiff requests that his discovery motion be reinstated (Doc. No. 78) and that the time for defendant Deutsche Bank AG to respond to the reinstated motion be set by the Court in its discretion. We will promptly notify the Court of any further developments or if it can be of further assistance.

    We thank the Court for its consideration of this matter.

                                                  Respectfully submitted,

                                                  */s/ Daniel Grossman*
                                                  David Wechsler
                                                  Daniel Grossman