# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-3539

E-mail Address
jyoungwood@stblaw.com

July 3, 2024

VIA ECF

Re: *Connolly v. Deutsche Bank AG*, Case No. 1:22-CV-09811-JMF (S.D.N.Y.)

Hon. Jesse M. Furman, U.S.D.J.
United States District Court, Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Furman:

We write on behalf of Defendant, Deutsche Bank AG, in accordance with Your Honor's Order dated June 25 (Dkt. 85), instructing the parties to provide a status update, and in response to Plaintiff's letter dated July 2 (Dkt. 86).

The relief sought by Plaintiff—reinstatement of his discovery motion—is premature. The issues that remain appear to be few and narrow, and they can likely be resolved in short order with good faith dialog between the parties.

Deutsche Bank respectfully requests that the Court defer reinstatement of Plaintiff's discovery motion and, instead, order the parties to provide a status update by July 10. That schedule allows the parties to resolve the few issues that remain amongst themselves and takes into account the Independence Day holiday.

We thank the Court for its thoughtful attention to this matter.

The parties should continue their good faith efforts to resolve whatever disputes remain. That being said, the parties have had plenty of time to do so already and, in the Court's view, it makes sense to reinstate the motion to move things forward one way or another. The motion at ECF No. 78 is deemed reinstated. Defendant shall file its response no later than July 11, 2024.

Respectfully submitted,

*/s/ Jonathan K. Youngwood*
Jonathan K. Youngwood
Karen M. Porter
Patrick K. Barry

SO ORDERED.

July 3, 2024

NEW YORK   BEIJING   BRUSSELS   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   TOKYO