UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| MATTHEW CONNOLLY, | Civil Action No. 22-CV-09811-JMF |
| Plaintiff, | |
| v. | |
| DEUTSCHE BANK AG, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Deutsche Bank AG pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:   July 10, 2024
         New York, New York

| **HARRIS ST. LAURENT & WECHSLER LLP** | **SIMPSON THACHER & BARTLETT LLP** |
|---|---|
| /s/ David B. Wechsler | /s/ Jonathan K. Youngwood |
| David B. Wechsler | Jonathan K. Youngwood |
| Jonathan Harris | Patrick K. Barry |
| Daniel Grossman | 425 Lexington Avenue |
| 40 Wall Street, 53rd Floor | New York, New York 10017 |
| New York, NY 10005 | (212) 455-2000 |
| (212) 397-3370 | jyoungwood@stblaw.com |
| jon@hs-law.com | patrick.barry@stblaw.com |
| dwechsler@hs-law.com | |
| dgrossman@hs-law.com | Karen M. Porter |
| | (*pro hac vice*) |
| *Attorneys for Plaintiff Matthew Connolly* | 900 G Street, NW |
| | Washington, D.C. 20001 |
| | (202) 636-5500 |
| | karen.porter@stblaw.com |
| | |
| | *Attorneys for Defendant Deutsche Bank AG* |