UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
                                                 )
MATTHEW CONNOLLY,                                )   Civil Action No. 22-CV-09811-JMF
                                                 )
                    Plaintiff,                   )
                                                 )
        v.                                       )
                                                 )
DEUTSCHE BANK AG,                                )
                                                 )
                    Defendant.                   )
                                                 )
-------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Deutsche Bank AG pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:   July 11, 2024
         New York, New York

**HARRIS ST. LAURENT & WECHSLER LLP**

/s/ David B. Wechsler

David B. Wechsler
Jonathan Harris
Daniel Grossman
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 397-3370
jon@hs-law.com
dwechsler@hs-law.com
dgrossman@hs-law.com

*Attorneys for Plaintiff Matthew Connolly*

**SIMPSON THACHER & BARTLETT LLP**

/s/ Jonathan K. Youngwood

Jonathan K. Youngwood
Patrick K. Barry
425 Lexington Avenue
New York, New York 10017
(212) 455-2000
jyoungwood@stblaw.com
patrick.barry@stblaw.com

Karen M. Porter
(*pro hac vice*)
900 G Street, NW
Washington, D.C. 20001
(202) 636-5500
karen.porter@stblaw.com

*Attorneys for Defendant Deutsche Bank AG*

The Clerk of Court is directed to terminate ECF No. 78 and close the case.

SO ORDERED.

/s/ Jesse M. Furman
July 15, 2024